Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

*Of Counsel*:

Joseph M. O'Malley, Jr.
Eric W. Dittmann
Isaac S. Ashkenazi
Young J. Park
Gary Ji
Angela C. Ni
Dana Weir
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | Civil Action No. 15-8663 (MLC)(DEA)<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF ROCHE PALO ALTO LLC** |

**WHEREAS**, Plaintiffs Helsinn Healthcare S.A. ("Helsinn") and Roche Palo Alto LLC ("Roche") (collectively, "Plaintiffs") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") are Parties to the above referenced patent infringement action, which has been stayed by Order of the Court dated March 24, 2016 (ECF No. 22); and

**WHEREAS,** on or around May 2, 2016, Plaintiff Roche assigned to Helsinn all rights, title and interest in and to U.S. Patent No. 9,173,942, the patent at issue in this matter, including the right to control this litigation, and all claims, rights and liabilities associated therewith; and

**WHEREAS,** Plaintiff Roche therefore seeks to be dismissed as a party from this litigation; and

**WHEREAS,** Helsinn and Teva consent to Roche's dismissal subject to the conditions set forth below;

**NOW THEREFORE,** the Parties agree and stipulate to the following:

1. Helsinn shall be entitled to continue its claims against Teva;

2. Helsinn shall be entitled to continue Roche's claims against Teva; and

3. The case caption for this action shall be amended to remove Roche, and the new caption shall be as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>    Defendants. | Civil Action No. 15-8663 (MLC)(DEA) |

**IT IS SO STIPULATED AND AGREED:**

Respectfully submitted,                    Dated: July 5, 2016

By: s/ Charles M. Lizza                    By: s/ Michael E. Patunas
    Charles M. Lizza                           Michael E. Patunas
    William C. Baton                           PATUNAS TARANTINO LLC
    SAUL EWING LLP                             24 Commerce Street, Suite 606
    One Riverfront Plaza, Suite 1520           Newark, NJ 07102
    Newark, NJ 07102-5426                      (973) 396-8740
    (973) 286-6700                             mpatunas@patunaslaw.com
    clizza@saul.com
    wbaton@saul.com

    *Attorneys for Plaintiffs*                 *Attorneys for Defendants*
    *Helsinn Healthcare S.A. and*              *Teva Pharmaceuticals USA, Inc. and*
    *Roche Palo Alto LLC*                      *Teva Pharmaceutical Industries Ltd.*

    *Of Counsel*:                              *Of Counsel:*

    Joseph M. O'Malley, Jr.                    George C. Lombardi
    Eric W. Dittmann                           Lynn MacDonald Ulrich
                                               Julia M. Johnson
                                               Brendan F. Barker

Isaac S. Ashkenazi
Young J. Park
Gary Ji
Angela C. Ni
Dana Weir
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
josephomalley@paulhastings.com
ericdittmann@paulhastings.com
isaacashkenazi@paulhastings.com
youngpark@paulhastings.com
garyji@paulhastings.com
angelani@paulhastings.com
danaweir@paulhastings.com

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127
mwaddell@loeb.com

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

Karl A. Leonard
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
glombardi@winston.com
lulrich@winston.com
JMjohnson@winston.com
bbarker@winston.com
kaleonard@winston.com

Jovial Wong
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com

**SO ORDERED**, this 6th day of July, 2016

_____
HON. MARY L. COOPER, U.S.D.J.